FILED

APR 10 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ADOLFO PINEDA-VALLADARES,<br>Defendant. | ) | Criminal Case No. 08CR1107-LAB<br>I N F O R M A T I O N<br>Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony) |

The United States Attorney charges:

On or about October 1998, within the Southern District of California, defendant ADOLFO PINEDA-VALLADARES, in a matter within the jurisdiction of the Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer at the port of the entry that he was a minor, whereas in truth and

//

//

//

//

//

//

CPH:
4/3/08

fact, as defendant then and there well knew, those statements and representations were false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 4/10/08.

KAREN P. HEWITT
UNITED STATES ATTORNEY

for CAROLINE P. HAN
Assistant U.S. Attorney